UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NICOLE CAMPBELL and PATRICE GREEN,<br><br>           Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE INC.; BRIDGESTONE AMERICAS HOLDING INC.; FORD MOTOR COMPANY; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO. 1:05-cv-01499-FVS-DLB<br><br>**ORDER GRANTING FORD MOTOR COMPANY'S EX PARTE APPLICATION FOR AN ORDER (1) CONTINUING THE FEBRUARY 10, 2006 HEARING DATE ON PLAINTIFFS' MOTION TO REMAND TO MARCH 10, 2006 AND (2) EXTENDING FORD'S DEADLINE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO FEBRUARY 21, 2006**<br><br>**[LOCAL RULE 6-144]**<br><br>**Judge: Hon. Dennis L. Beck**<br>**Courtroom 9** |

   Having considered Defendant Ford Motor Company's ex parte application for an Order (1) continuing the February 10, 2006 hearing on plaintiffs' Motion to Remand to March 10, 2006, and (2) extending Ford's deadline to file an opposition to plaintiffs' Motion to Remand to February 21, 2006, and good cause appearing thereon, the Court hereby GRANTS Ford's application.

/ / /

/ / /

/ / /

460802.1

[PROPOSED] ORDER

1    The hearing on plaintiffs' Motion to Remand, previously
2 scheduled for February 10, 2006, is hereby CONTINUED to March 10,
3 2006.  Ford's deadline to file an opposition to plaintiffs'
4 Motion to Remand is hereby EXTENDED to February 21, 2006.
5 Plaintiffs may file a reply, if any, by March 3, 2006.

7    IT IS SO ORDERED.

DATED: February 9, 2006        /s/ Dennis L. Beck
                               Hon. Dennis L. Beck
                               United States Magistrate Judge
                               Eastern District of California