A CERTIFIED TRUE COPY

APR 1 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
APR 1 2 2006

FILED
CLERK'S OFFICE

FILED
MAY 1 2006
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

MAY 0 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

DOCKET NO. 1373

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION

Nicole Campbell, et al. v. Ford Motor Co., et al., E.D. California, C.A. No. 1:05-1499

BEFORE WM. TERRELL HODGES,* CHAIRMAN, JOHN F. KEENAN,* D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in this Eastern District of California action (*Campbell*) requesting the Panel to vacate its order conditionally transferring the action to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants Bridgestone/Firestone North American Tire LLC (Firestone) and Ford Motor Co. (Ford) oppose the motion to vacate and urge inclusion of the action in the MDL-1373 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Southern District of Indiana, and that transfer of this action to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of Indiana was a proper Section 1407 forum for actions involving allegations that Firestone and/or Ford are responsible for harm or risk of harm caused by defective tires, defective vehicles, or both, including economic or property damage and personal injury or wrongful death. *See In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation*, MDL-1373, 2000 U.S. Dist. LEXIS 15926 (J.P.M.L. Oct. 24, 2000). Also, the *Campbell* action involves alleged defects in a model of Firestone tires that was the subject of common discovery in the MDL-1373 proceedings; accordingly, relevant discovery will overlap substantially between the *Campbell* action and the MDL-1373 proceedings.

---

* Judges Hodges and Keenan took no part in the decision of this matter.

CERTIFIED:
A TRUE COPY
Cindy B. Ulrich
CLERK OR DEPUTY
U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of Indiana and, with the consent of that court, assigned to the Honorable Sarah Evans Barker for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

D. Lowell Jensen
Acting Chairman

# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

101 Northwest MLK Boulevard
Evansville, Indiana
47708

210 Federal Building
Terre Haute, Indiana
47808

121 West Spring Street
New Albany, Indiana
47150

May 2, 2006

United States District Clerk
2500 Tulare Street Suite 1501
Fresno, CA 93721


RE:     Bridgestone/Firestone, Inc., Tires Products Liability Litigation
        MDL-1373
        Your Cause Number: 1:05-1499
        Our Cause Number: IP06-5831-C B/S


Dear Clerk,

The Clerk of Court for the Southern District of Indiana has filed on May 1, 2006, a Transfer Order regarding the above-referenced litigation from the Judicial Panel of Multidistrict Litigation. A certified copy is attached. Please use the enclosed postage-paid envelope and copy of this letter to acknowledge receipt of this conditional transfer order.

The purpose of this letter is to request that you send us the case which is currently in your District and that you assist our court services section in managing the incoming case by noting our Civil Action Number in your cover letter. It would be appreciated if you would address your letter and label to:

> Ms. Cindy Urich, Deputy Clerk
> United State District Court
> Southern District of Indiana
> 46 East Ohio Street, Room 105
> Indianapolis, Indiana 46204

Please enclose a certified copy of the docket entries and a copy of the transmittal order along with the entire original record.

# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

101 Northwest MLK Boulevard
Evansville, Indiana
47708

210 Federal Building
Terre Haute, Indiana
47808

121 West Spring Street
New Albany, Indiana
47150

May 2, 2006

United States District Clerk
2500 Tulare Street Suite 1501
Fresno, CA 93721

RE:     Bridgestone/Firestone, Inc., Tires Products Liability Litigation
        MDL-1373
        Your Cause Number:1:05-1499
        Our Cause Number: IP06-5831-C B/S

Dear Clerk,

   The Clerk of Court for the Southern District of Indiana has filed on May 1, 2006, a Transfer Order regarding the above-referenced litigation from the Judicial Panel of Multidistrict Litigation. A certified copy is attached. Please use the enclosed postage-paid envelope and copy of this letter to acknowledge receipt of this conditional transfer order.

   The purpose of this letter is to request that you send us the case which is currently in your District and that you assist our court services section in managing the incoming case by noting our Civil Action Number in your cover letter. It would be appreciated if you would address your letter and label to:

> Ms. Cindy Urich, Deputy Clerk
> United State District Court
> Southern District of Indiana
> 46 East Ohio Street, Room 105
> Indianapolis, Indiana 46204

   Please enclose a certified copy of the docket entries and a copy of the transmittal order along with the entire original record.

To further assist Judge Barker, we ask that you provide her with a list of any pending motions in your case. Please attach your list to your transfer letter.

If you have any questions in this matter, please contact Ms. Pam Schneeman at (317) 229-3602.

Thank you for your cooperation.

Very truly yours,

Laura A. Briggs

By: _____
Cindy B. Urich, Deputy Clerk


cc:   The Honorable Sarah Evans Barker
      Clerk, Panel on Multidistrict Litigation

# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

101 Northwest MLK Boulevard
Evansville, Indiana
47708

210 Federal Building
Terre Haute, Indiana
47808

121 West Spring Street
New Albany, Indiana
47150

May 2, 2006

United States District Clerk
2500 Tulare Street Suite 1501
Fresno, CA 93721

RE:   Bridgestone/Firestone, Inc., Tires Products Liability Litigation
      MDL-1373
      Your Cause Number: 1:05-1499
      Our Cause Number: IP06-5831-C B/S

Dear Clerk,

The Clerk of Court for the Southern District of Indiana has filed on May 1, 2006, a Transfer Order regarding the above-referenced litigation from the Judicial Panel of Multidistrict Litigation. A certified copy is attached. Please use the enclosed postage-paid envelope and copy of this letter to acknowledge receipt of this conditional transfer order.

The purpose of this letter is to request that you send us the case which is currently in your District and that you assist our court services section in managing the incoming case by noting our Civil Action Number in your cover letter. It would be appreciated if you would address your letter and label to:

> Ms. Cindy Urich, Deputy Clerk
> United State District Court
> Southern District of Indiana
> 46 East Ohio Street, Room 105
> Indianapolis, Indiana 46204

Please enclose a certified copy of the docket entries and a copy of the transmittal order along with the entire original record.